# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | Case No. 1:19-cv-00371-BAM (PC) |
| Plaintiff, | ORDER DENYING REQUESTS FOR JUDICIAL NOTICE |
| v. | (ECF Nos. 10, 17) |
| ALLISON, | |
| Defendants. | |

Plaintiff John Wesley Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint has not yet been screened.

On May 8, 2019, Plaintiff filed a request for the Court to take judicial notice of a March 2019 publication of the Initiate Justice Newsletter. (ECF No. 10.) Plaintiff states that the newsletter relates directly to the claims of ongoing imminent danger outlined in the complaint. The article is attached to Plaintiff's request. (Id.)

On October 9, 2019, Plaintiff filed another request for the Court to take judicial notice, this time of a September 2019 publication of the Initiate Justice Newsletter. (ECF No. 17.) Plaintiff sets forth the same justification for this newsletter, and also attaches the article to the request. Plaintiff further argues that this article is sufficient to initiate service of process of summons and the complaint in this action. (Id.)

1

As Plaintiff was previously informed, Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). The documents submitted are not the type of adjudicative facts that are judicially noticeable. Accordingly, Plaintiff's requests for judicial notice, (ECF Nos. 10, 17), are HEREBY DENIED. To the extent Plaintiff requests service of process, the request is also denied. **Future requests for judicial notice regarding the same publication will be summarily denied.**

IT IS SO ORDERED.

Dated: __**October 15, 2019**__         /s/ *Barbara A. McAuliffe*         
                                                                UNITED STATES MAGISTRATE JUDGE