UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00371-JLT-BAM (PC)<br><br>ORDER THAT INMATE JOHN W. WILLIAMS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff John W. Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on December 5, 2022. Inmate John W. Williams, CDCR #V-34099, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 5, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE