# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLISON, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00371-JLT-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff John W. Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment.

On September 16, 2022, the Court set this case for a December 5, 2022 settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 50.) As the case did not settle, (ECF No. 57), the Court finds it appropriate and necessary to lift the stay. This case is now ready to proceed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 50), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and

///

1

1       3. The parties may proceed with discovery pursuant to the discovery and scheduling
2       order to be issued by separate order.

IT IS SO ORDERED.

Dated: **December 6, 2022**       /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE