# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>           Plaintiff,<br><br>v.<br><br>COTA, *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-00371-JLT-BAM (PC)<br><br>**AMENDED**[1] **DISCOVERY AND SCHEDULING ORDER**<br><br>Deadline to Amend Pleadings: **March 7, 2023**<br>Exhaustion Motion Filing Deadline: **April 6, 2023**<br>Discovery Deadline: **August 4, 2023**<br>Dispositive Motion Deadline: **October 18, 2023** |

Pursuant to Federal Rules of Civil Procedure 1, 16, and 26–36, discovery shall proceed as follows:

**Discovery Procedures:**

1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 135.  Discovery requests and responses shall not be filed with the Court unless required by Local Rules 250.2, 250.3, and 250.4.

2. Responses to written discovery requests shall be due **forty-five (45) days** after the request is first served.  Boilerplate objections are disfavored and may be summarily overruled by the Court.  Responses to document requests shall include all documents within a party's possession, custody, or control.  *See* Fed. R. Civ. P. 34(a)(1).  Documents are deemed within a

---

[1] This order supersedes the Discovery and Scheduling Order issued on December 6, 2022.  (ECF No. 59.)

1  party's possession, custody, or control if the party has actual possession, custody, or control
2  thereof, or the legal right to obtain the property on demand.  Amendments to discovery responses
3  served after the filing of and in response to a motion to compel are strongly disfavored, absent
4  good faith.  The parties are required to act in good faith during the course of discovery and the
5  failure to do so may result in the payment of expenses pursuant to Federal Rule of Civil
6  Procedure 37(a)(5) or other appropriate sanctions authorized by the Federal Rules of Civil
7  Procedure or the Local Rules, which may include dismissal of the case.

8      3. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Defendant may depose
9  Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14)
10 days before such a deposition, Defendant serves all parties with the notice required by Federal
11 Rule of Civil Procedure 30(b)(1).  Pursuant 7 to Federal Rule of Civil Procedure 30(b)(4), the
12 parties may take any deposition under this section by video conference without a further motion
13 or order of the Court.  Pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), a court reporter
14 may be present at a deposition by video conference without a further motion or order of the
15 Court.  Nothing herein forecloses a party from bringing a motion for protective order pursuant to
16 Federal Rule of Civil Procedure 26(c)(1) if necessary.

17      4. If discovery disputes arise, the parties shall comply with all pertinent rules including
18 Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 110, 130, 131, 133,
19 135, 142, 144, and 230(l) of the Local Rules of Practice for the United States District Court,
20 Eastern District of California.  A discovery motion that does not comply with applicable rules
21 will be stricken and may result in imposition of sanctions.  However, unless otherwise ordered,
22 Local Rule 251 shall not apply, and the requirement set forth in Federal Rules of Civil Procedure
23 26 and 37 of a good faith conference or attempt to confer with the other party to resolve the
24 dispute shall not apply.  Voluntary compliance with this provision of Rules 26 and 37 is
25 encouraged, and if the Court deems it appropriate in any given case, it will reimpose the good
26 faith meet and confer requirement.  A moving party should not seek to compel production of
27 documents which are equally available to that moving party, such as documents in plaintiff's
28 central file.

**Amendment to Pleadings:**

5. All stipulated amendments or motions to amend shall be filed by **March 7, 2023.**

**Filing Deadlines:**

6. The deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies is **April 6, 2023.**

7. The deadline for the completion of all discovery, including filing all motions to compel discovery, is **August 4, 2023.**  Absent good cause, discovery motions will not be considered if filed after the discovery deadline.  Therefore, discovery requests and deposition notices must be served sufficiently in advance of the discovery deadline to permit time for a response and time to prepare and file a motion to compel.

8. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is **October 18, 2023.**

9. Courtesy hard-copies SHALL reflect the CM/ECF document numbers and pagination.

10. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:  **December 7, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE