# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLISON, *et al.*,<br><br>　　　　Defendants. | No. 1:19-cv-00371-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 66) |

　　　　This action proceeds on Plaintiff's first amended complaint against Defendant Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment. On January 11, 2023, Plaintiff filed a motion for leave to file an amended complaint, and he lodged his second amended complaint. (Docs. 61, 62.) Cota opposed the motion (Doc. 63), and Plaintiff filed a reply (Doc. 64).

　　　　The assigned Magistrate Judge issued findings and recommendations that Plaintiff's motion for leave to amend be denied, Plaintiff's first amended complaint remain the operative complaint, and this action proceed against Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment only. (Doc. 66.) The Court served the findings and recommendations on the parties. It also notified the parties that any objections were to be filed within 14 days after service. (*Id.* at 6–7.) Plaintiff filed objections. (Doc. 68.) Defendant Cota did not file objections, and the time to do so has expired.

According yo 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 28, 2023, (Doc. 66), are **ADOPTED IN FULL**.
2. Plaintiff's motion for leave to amend the complaint, (Doc. 61), is **DENIED**.
3. Plaintiff's first amended complaint, filed October 28, 2021, (Doc. 31), remains the operative complaint.
4. This action shall proceed on Plaintiff's first amended complaint against Defendant Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment only.
5. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 14, 2023**                          /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE