# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00371-JLT-BAM (PC)<br><br>ORDER REINSTATING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 65)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff John W. Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment.

　　　　On February 24, 2023, Plaintiff filed a motion to compel. (ECF No. 65.) On March 1, 2023, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court stayed further briefing on Plaintiff's motion to compel. (ECF No. 67.)

　　　　The parties' Joint Discovery Report, filed on March 22, 2023, states that of the 10 document requests at issue, only request numbers 8 and 9 were resolved during the conference. (ECF No. 70.) The joint statement is signed by Plaintiff and counsel for Defendant. (*Id.*)

///

1

Having considered the representations of the parties, the Court finds it appropriate to reinstate briefing on Plaintiff's motion to compel regarding the remaining discovery issues only. Any discovery issues already resolved during the meet and confer process need not be briefed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion to compel discovery, (ECF No. 65); and

2. Plaintiff shall file his reply, if any, within **fourteen (14) days** from the date of filing of Defendant's response or opposition to the motion to compel.

IT IS SO ORDERED.

Dated:   **March 23, 2023**              /s/ Barbara A. McAuliffe            _
                                         UNITED STATES MAGISTRATE JUDGE