UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00371-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF No. 74) |

　　　　Plaintiff John W. Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendant Cota for retaliation in violation of the First Amendment and failure to protect in violation of the Eighth Amendment.

　　　　On May 10, 2023, Plaintiff filed a motion to compel regarding Defendant's responses to Plaintiff's interrogatories, set one, Nos. 2, 3, 6, 8.  (ECF No. 74.)

　　　　On May 15, 2023, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court further stayed briefing on Plaintiff's motion to compel pending the outcome of the parties' meet and confer.  (ECF No. 75.)

　　　　Currently before the Court is the parties' joint statement, filed June 5, 2023, indicating that the motion to compel was resolved during the parties' June 2, 2023 meet and confer.

Defendant agreed to supplement her response to interrogatory number 2, and Plaintiff will amend interrogatory numbers 3, 6, and 8, and will propound them upon Defendant during the next week. (ECF No. 76.)  Both parties signed the joint statement.  (*Id.* at 2.)

As it appears the discovery dispute has been fully resolved, Plaintiff's motion to compel, (ECF No. 74), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **June 5, 2023**                              /s/ *Barbara A. McAuliffe*             _
                                                                        UNITED STATES MAGISTRATE JUDGE

2